■ DOUGLAS PARKER, Respondent, v FRANCINE BASIL, Appellant.—Appeal unanimously dismissed, without costs, as moot. (Appeal from amended order of Niagara County Family Court, Halpin, J.—visitation.) Present—Doerr, J. P., Boomer, Balio, Lawton and Schnepp, JJ.